IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Brandon Arflin, | |
| Plaintiff, | C/A No. 8:16-cv-00535-MGL |
| vs. | |
| Clear Creek Consulting, Inc., | |
| Defendant | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLEAR CREEK CONSULTING, INC.

Plaintiff Brandon Arflin hereby dismisses his claims against Defendant Clear Creek Consulting, Inc. with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Brandon Arflin against Defendant Clear Creek Consulting, Inc. are dismissed with prejudice with each party to bear its own fees and expenses.

WE SO STIPULATE:

| | |
|---|---|
| s/ Dave Maxfield_____ | s/Sarah Sloan Batson_____ |
| Dave Maxfield, Fed. ID 6293 | Sarah Sloan Batson, Fed. ID 10849 |
| Dave Maxfield, Attorney, LLC | Wyche, PA |
| 5217 N. Trenholm Rd., Ste. B | 44 E. Camperdown Way |
| Columbia, SC 29206 | Greenville, SC 29601 |
| (803) 509-6800 | (864) 242-8244 |
| (855) 299-1656 fax | (864) 235-8900 |
| dave@consumerlawsc.com | sbatson@wyche.com |
| Attorney for Plaintiff | Attorney for Clear Creek Consulting, Inc. |

DATED: July 20, 2016